

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Carillo, Raul DEFENDANT(S). | CASE NUMBER SACR 12-185 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Wednesday, August, 15, 2012___, at ___9:00___ ☒ a.m. / ☐ p.m. before the Honorable ___Cormac J. Carney___, in Courtroom ___9B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___8/10/12___

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge